■ In the Matter of COUNCIL OF SUPERVISORS AND ADMINISTRATORS OF THE CITY OF NEW YORK et al., Respondents, v BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, Appellant. [625 NYS2d 932] —Appeal by the Board of Education of the City School District of the City of New York from an order of the Supreme Court, Kings County (Hutcherson, J.), dated November 19, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Hutcherson at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.